# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

RUFUS WALDEN and
BARBARA WALDEN,

      Plaintiffs,

v.                         CASE NO.  4:13cv361-RH/CAS

OCWEN LOAN SERVICING, LLC,

      Defendant.

_____/

## ORDER CONTINUING THE STAY

Upon review of the defendant's notice and the order of the United States District Court for the Northern District of Georgia,

IT IS ORDERED:

1.    The stay entered on October 15, 2013, ECF No. 22, remains in effect until otherwise ordered.

2.    Each party must file a notice of any ruling by the Northern District of Georgia affecting whether this case may go forward.  But if one notice has been

filed, no party is obligated to file an additional notice.

    SO ORDERED on December 6, 2013.

                    s/Robert L. Hinkle
                    United States District Judge